FILED'07 MAY 16 12:26USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HAROLD ALT**

    Plaintiff,

vs.

**MICHAEL ASTRUE**
**COMMISSIONER of Social Security,**

    Defendant.

CV # 04-1092-KI

ORDER FOR EAJA FEES

Based on the Stipulation of the parties, the Court ORDERS the Commissioner to pay Plaintiff in care of Plaintiff's attorney $8,918.80 in EAJA fees and $265.00 in costs for a total of $9,183.80.

It is so ORDERED.

DATED this 16 day of May, 2007

                                                                     United States District Judge

Prepared as to form
Alan Graf, OSB #92317
Attorney for Plaintiff