Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HAROLD ALT

           Plaintiff,

           v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

           Defendant.

CV 04-1092-KI

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $11,003.00 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in

light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees

in the amount of $8,918.80 under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the

Commissioner is directed to subtract the amount previously awarded under the EAJA and

send Plaintiff's attorney the balance of $2,084.20 minus any applicable processing fees as

allowed by statute.

        DATED this _21_ day of _Sept_, 2007.

                                         United States District Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES